No. 74–6632. MOODY v. DAGGETT, WARDEN. C. A. 10th Cir. [Certiorari granted, 424 U. S. 942.] Motion of petitioner for appointment of counsel granted, and it is ordered that Phylis Skloot Bamberger, of New York, N. Y., is appointed to serve as counsel for petitioner in this case.

No. 75–552. KLEPPE, SECRETARY OF THE INTERIOR, ET AL. v. SIERRA CLUB ET AL.; and

No. 75–561. AMERICAN ELECTRIC POWER SYSTEM ET AL. v. SIERRA CLUB ET AL. C. A. D. C. Cir. [Certiorari granted, 423 U. S. 1047.] Motion of John D. Dingell, Esquire, for leave to file a brief as *amicus curiae* denied.

No. 75–777. NATIONAL LABOR RELATIONS BOARD v. ENTERPRISE ASSOCIATION OF STEAM, HOT WATER, HYDRAULIC SPRINKLER, PNEUMATIC TUBE, ICE MACHINE & GENERAL PIPEFITTERS OF NEW YORK AND VICINITY, LOCAL UNION No. 638. C. A. D. C. Cir. [Certiorari granted, 424 U. S. 908.] Motion of Public Service Electric & Gas Co. et al, for leave to file a brief as *amici curiae* granted.

No. 75–929. ESTELLE, CORRECTIONS DIRECTOR, ET AL. v. GAMBLE. C. A. 5th Cir. [Certiorari granted, 424 U. S. 907.] Motion of respondent for leave to proceed further herein *in forma pauperis* granted. Motion for appointment of counsel granted, and it is ordered that Daniel K. Hedges, Esquire, of Houston, Tex., is appointed to serve as counsel for respondent in this case.

No. 75–1470. UDALL ET AL. v. BOWEN, GOVERNOR OF INDIANA, ET AL. Appeal from D. C. S. D. Ind. Motion to expedite consideration of appeal denied.